

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00684-CV

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**,
Appellant

v.

Virginia **RODRIGUEZ**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 21492B
Honorable M. Patrick Maguire, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's order denying appellant Texas Health and Human Services Commission's plea to the jurisdiction is REVERSED, and judgment is RENDERED that all of appellee Virginia Rodriguez's claims are DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against the appellee.

SIGNED July 9, 2025.

_____
Velia J. Meza, Justice